Misc. No. 14–8016/NA.  Lawrence G. Hutchins III, Petitioner v. Michael B. Richardson, Colonel, United States Marine Corps, In his official capacity as Military Judge, and United States, Respondents.  On consideration of the petition for extraordinary relief in the nature of a writ of mandamus and prohibition, it is ordered that said petition is hereby denied without prejudice.

Friday, May 9, 2014

Misc. No. 14–8018/AF.  Sean M. Oliver, Appellant v. United States, and Brigadier General Patrick X. Mordente, in his official capacity as, Commander, 86th Air Wing Base, United States Air Force, Appellees.  CCA 2014–04.  Notice is hereby given that a writ-appeal petition for review of the United States Air Force Court of Criminal Appeals decision on application for extraordinary relief was filed under Rule 27(b) on this date.

Monday, May 12, 2014

No. 14–0379/AR.  U.S. v. Vincent J. Umholtz.  CCA 20111013.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0532/AF.  U.S. v. Brandon T. Rozell.  CCA 38381.  On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision

---

* It is directed that the promulgating order be corrected to reflect that the military judge found Additional Charge II and its Specification and Specification 2 of Charge II multiplicious for findings and sentence.